UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    -v-                                              25-cr-523 (PKC)

   KEVIN KING,                                                        ORDER
                              Defendant.

CASTEL, U.S.D.J:

      Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for March 19, 2026 is adjourned until May 13, 2026 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the defense to continue preparing its submission to the government, and to permit the parties to engage in negotiations with the government about a pretrial resolution.  Accordingly, the time between today and May 13, 2026 is excluded.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        March 17, 2026