# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 18, 2026

**BY ECF**

Appication DENIED.
SO ORDERED.
Dated: 5/19/2026

P. Kevin Castel
United States District Judge

The Honorable P. Kevin Castel
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Kevin King**
       **25-CR-523 (PKC)**

Dear Judge Castel,

Kevin King, through undersigned counsel, respectfully requests that the Court grant him permission to stay with his partner overnight in Atlantic City, NJ on June 13, 2026 to celebrate his birthday. Importantly, Mr. King lives in the District of New Jersey, and thus, already has permission to travel throughout the state. He merely asks for permission to stay overnight for one day in Atlantic City.

Undersigned counsel has reached out to the government and pretrial services about this request. The government takes no position on the request. Pretrial services objects to the request because it is their general position to oppose overnight travel for social activities for any defendant on location monitoring.

Notably, pretrial services did not flag any compliance issues with Mr. King's release or any other reasons for opposing the request. Accordingly, Mr. King respectfully asks the Court to grant the request.

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1