UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

25 CR 523 (PKC)

-against-

ORDER

KEVIN KING,

Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for July 29,2026 is adjourned until September 3, 2026 at 3:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to plea negotiations. Accordingly, the time between today and September 3, 2026 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 27, 2026